**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **RYAN VINCENT HILL**<br>**Petitioner,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA**<br>**Respondent.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CRIMINAL ACTION NO.**<br>**1:15-CR-0109-3-AT**<br><br>**CIVIL ACTION NO.**<br>**1:19-CV-2608-AT** |

**MOTION FOR EXTENSION OF TIME TO SUBMIT RESPONSE**

COMES NOW, the Petitioner above-named, by and through undersigned counsel, and files this his Motion for Extension of Time to Submit Response in the above-captioned matter. In support thereof, Petitioner shows as follows:

1. The Petitioner's Response is currently due on or before March 25, 2021, in the above-captioned matter.

2. Undersigned counsel has had a family emergency and requests that the Court delay judgement in this matter and allow an extension of ten (10) days for undersigned to complete his review of Petitioner's case file and prepare and file a response on Mr. Hill's behalf.

3. Undersigned counsel is authorized to state that Carolyn Burch, Assistant United States Attorney, does not object to the extension.

WHEREFORE, based upon the within and foregoing, the undersigned request that the Court enter an Order granting this motion and allow him an additional ten (10) day extension from March 25, 2021, in which to submit a response.

This 25th day of March 2021.

Respectfully submitted,

/s/ Bruce S. Harvey

LAW OFFICE OF BRUCE S. HARVEY
ATTORNEY FOR PETITIONER
Bruce S. Harvey, #335175
bruce@bharveylawfirm.com
146 Nassau Street, NW
Atlanta, Georgia 30303
(404) 659-4628

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Motion for Extension of Time to Submit Response using the Court's CM/ECF system which will deliver a copy to all registered to receive service via CM/ECF, addressed as follows:

Carolyn "Tippi" Cain Burch, AUSA
Office of the United States Attorney-ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., SW
Atlanta, GA 30303

This 25th day of March 2021.

/s/ Bruce S. Harvey
LAW OFFICE OF BRUCE S. HARVEY
ATTORNEY FOR PETITIONER
Bruce S. Harvey, #335175
bruce@bharveylawfirm.com
146 Nassau Street, NW
Atlanta, Georgia 30303
(404) 659-4628